<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 13-1289**

---

EMMANUEL EDOKOBI,

           Plaintiff - Appellant,

    v.

BARCLAYS CAPITAL REAL ESTATE, INC.; BARCLAYS BANK, PLC,

           Defendants - Appellees,

    and

GREENPOINT MORTGAGE FUNDING, INC.; AVELO MORTGAGE, L.L.C.; DEUTSCHE BANK AG; OCWEN LOAN SERVICING, LLC; GS MORTGAGE SECURITIES CORP.; WELLS FARGO BANK, N.A.; REAL TIME RESOLUTIONS, INC.,

           Defendants.

---

**No. 13-1432**

---

EMMANUEL EDOKOBI,

           Plaintiff - Appellant,

    v.

GREENPOINT MORTGAGE FUNDING, INC.; AVELO MORTGAGE, L.L.C.; DEUTSCHE BANK AG; OCWEN LOAN SERVICING, LLC; GS MORTGAGE SECURITIES CORP.; WELLS FARGO BANK, N.A.; REAL TIME RESOLUTIONS, INC.,

           Defendants - Appellees,

    and

BARCLAYS CAPITAL REAL ESTATE, INC.; BARCLAYS BANK, PLC,

Defendants.

_____

Appeals from the United States District Court for the District of Maryland, at Greenbelt. J. Frederick Motz, Senior District Judge. (8:13-cv-00288-JFM)

_____

Submitted: July 31, 2013                    Decided: August 26, 2013

_____

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Emmanuel Edokobi, Appellant Pro Se. David Block Bergman, ARNOLD & PORTER, LLP, Washington, DC; Nicholas M. DePalma, VENABLE, LLP, Tysons Corner, Virginia; Daniel J. Tobin, BALLARD SPAHR, LLP, Washington, DC; Bizhan Beiramee, MCGINNIS WUTSCHER BEIRAMEE, LLP, Bethesda, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Edokobi appeals the district court's orders denying his motion to remand, denying his motion to disqualify, and granting Defendants' motions to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Edokobi v. Barclays Capital Real Estate, Inc.; Edokobi v. Greenpoint Mortg. Funding, Inc., No. 8:13-cv-00288-JFM (D. Md. Feb. 28, Mar. 14 & Mar. 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED